

ORIGINAL

FILED

03/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0629

_____

BILLY BUDD SULLIVAN and
HARRY RICHARDS,

　　　　Plaintiffs and Appellants,

v.

ALICIA DORMAN and
JASON FORTNEY,

　　　　Defendants and Appellees.

_____

ORDER

FILED

MAR 09 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On February 16, 2023, we requested Appellants Billy Budd Sullivan and Harry Richards file a report on the status of this appeal as they had indicated that transcripts were necessary for this appeal but it did not appear that they had arranged to pay the court reporter to prepare these transcripts in accordance with M. R. App. P. 8(3) and 9(1).

Appellants have timely filed the requested status report, advising us that they are unable to afford transcripts and requesting that we allow this appeal to proceed on the remainder of the District Court record, which was transmitted to this Court on January 6, 2023. We agree it is appropriate for this matter to proceed on the transmitted record.

IT IS THEREFORE ORDERED that Appellants shall prepare, file, and serve their opening brief on or before April 10, 2023. All further briefing deadlines shall be as provided in M. R. App. P. 13(1).

The Clerk is directed to provide a copy of this Order to counsel of record, and to Billy Budd Sullivan and Harry Richards.

DATED this 9th day of March, 2023.

　　　　　　　　　　For the Court,

　　　　　　　　　　By: _____
　　　　　　　　　　　　　Chief Justice